JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRIVUTHY SOY,<br><br>               Petitioner,<br><br>   v.<br><br>DEBBIE ASUNCION, Warden,<br><br>               Respondent. | Case No. CV 17-1885 PSG (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 5/21/18

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE